ADAM PAUL LAXALT
Nevada Attorney General
ANDREA R. BARRACLOUGH
Deputy Attorney General
Nevada Bar No. 9158
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1260
E-mail:  abarraclough@ag.nv.gov

*Attorneys for Defendant
Hector Carrillo, Alexis Lozano,
and Ronnie Thompson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| RAYMOND JACKSON, | Case No. 2:14-cv-01922-GMN-NJK |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR EXTENSION OF TIME TO FILE 90-DAY STAY REPORT** |
| ALEXIS LOZANO, et al., | |
| Defendants. | |

Defendants, Hector Carrillo, Alexis Lozano, and Ronnie Thompson, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Andrea R. Barraclough, Deputy Attorney General, herein submit this Motion for Extension of Time to File 90-Day Stay Report.

Per this court's Screening Order [#7] issued March 30, 2015, this court ordered the parties into a stay of proceedings for 90 days so that the parties could engage in settlement negotiations.  To facilitate this process, the court ordered the parties to attend an Early Mediation Conference (EMC).  *See* [#19].  However, that EMC is not scheduled until August 11, 2015; thus, it will occur outside of the 90-day time frame for the currently established stay.

/ / /

/ / /

/ / /

/ / /

Thus, Defendants respectfully request that this court extend the 90-days stay until after August 11, 2015, so that the 90-day stay report may accurately reflect the outcome of the EMC.

DATED this 29th day of June, 2015.

        ADAM PAUL LAXALT
        Attorney General

        By: _/s/ Andrea Barraclough_
        ANDREA R. BARRACLOUGH
        Deputy Attorney General
        Bureau of Litigation
        Public Safety Division

        *Attorneys for Defendant*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDER** that the parties shall file a status report on or before August 18, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 06/30/2015.

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on June 29, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE 90-DAY STAY REPORT**, to the following:

Raymond Jackson #1113737
Ely State Prison
P.O. Box 1989
Ely, NV 89301

_/s/ Carmel White_
An employee of the
Office of the Attorney General