ADAM PAUL LAXALT
Nevada Attorney General
ANDREA R. BARRACLOUGH
Chief Deputy Attorney General
Nevada Bar No. 9158
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1260
E-mail: abarraclough@ag.nv.gov

*Attorneys for Defendant
Hector Carrillo, Alexis Lozano,
and Ronnie Thompson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND JACKSON,<br><br>               Plaintiff,<br><br>vs.<br><br>ALEXIS LOZANO, et al.,<br><br>               Defendants. | Case No.  2:14-cv-01922-GMN-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Raymond Jackson, *pro se*, and all NDOC Defendants, by and through their counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Andrea R. Barraclough, Chief Deputy Attorney General, as a result of a Settlement Agreement reached, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs.

DATED this 25th day of August, 2015.

By _____
Raymond Jackson, #1113737
Plaintiff, *pro se*

ADAM PAUL LAXALT
Attorney General

By _____
Andrea R. Barraclough
Chief Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED** this 2nd day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court